**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALBRECHT and JOSHUA BERGER, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　**Plaintiffs,**<br>　v.<br><br>FAMILY FIRST LIFE, LLC, and WELLCARE HEALTH PLANS OF NEW JERSEY, INC.<br><br>　　　　　　**Defendants.** | Case No: 8:18-cv-01967-DOC-DFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PLAINTIFFS' CLAIMS AGAINST WELLCARE HEALTH PLANS OF NEW JERSEY INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

*Case No.: 8:18-cv-01967-DOC-DFM*

**VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF AGAINST WELLCARE HEALTH PLANS OF NJ**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Peter Albrecht and Joshua Berger (together the "Plaintiffs"), through counsel, hereby give notice that Plaintiffs' claims in the above-captioned action against defendant Wellcare Health Plans of New Jersey Inc. ("Wellcare") are voluntarily dismissed in their entirety, without prejudice.

This notice of voluntary dismissal does not impact the claims of Plaintiffs against the remaining defendant Family First Life, LLC ("Family First Life").

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: December 21, 2018

By: /s/ Jason A. Ibey
Jason A. Ibey, Esq.
jason@kazlg.com
*Attorney for Plaintiff*