**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone:  (800) 400-6808
Facsimile:   (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER ALBRECHT and JOSHUA BERGER, Individually And On Behalf of All Others Similarly Situated,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**FAMILY FIRST LIFE, LLC, and WELLCARE HEALTH PLANS OF NEW JERSEY, INC.**<br><br>**Defendants.** | **Case No: 8:18-cv-01967-DOC-DFM**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFFS AGAINST FAMILY FIRST LIFE, LLC WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

*Case No.: 8:18-cv-01967-DOC-DFM*
**VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFFS AGAINST FAMILY FIRST LIFE LLC**

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Peter Albrecht and Joshua
2  Berger (together the "Plaintiffs"), through counsel, hereby give notice that Plaintiffs'
3  claims in the above-captioned action against defendant Family First Life, LLC
4  ("Family First") are voluntarily dismissed in their entirety, with prejudice as to the
5  individual claims of Plaintiffs and without prejudice as to the claims of the putative
6  class members.
7  The Court may therefore proceed to dismiss the action in its entirety, as
8  Defendant Wellcare Health Plans of New Jersey, Inc. was previously dismissed
9  without prejudice.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date: January 9, 2019

By: /s/ Jason A. Ibey
Jason A. Ibey, Esq.
jason@kazlg.com
*Attorney for Plaintiffs*